

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2014

No. 04-14-00060-CR

John **DONOHUE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3514
Honorable Raymond Angelini, Judge Presiding

## O R D E R

The trial court imposed sentence on John Donohue on October 25, 2013. Therefore, either a motion for new trial or a notice of appeal was due thirty days later on November 25, 2013. *See* TEX. R. APP. P. 21.4(a); 26.2(a). The clerk's record contains a motion for new trial and a notice of appeal, both of which are dated November 25, 2013. However, the documents were not filed with the district clerk until December 5, 2013.

The notice of appeal recites that it was filed on November 25, 2013, and is accompanied by an unsworn declaration that "the foregoing instrument is true and correct." We infer from these statements that the notice of appeal was placed in the jail mail receptacle or delivered to jail authorities for mailing on November 25, 2013. Because the notice was mailed on or before the deadline and was received by the district clerk within ten days of the deadline, the notice of appeal was timely. *See Taylor v. State*, No. PD-0180-13, 2014 WL 440990

We retain the appeal on the docket of this court and **order** appellant's brief due **April 24, 2014.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court